4-24CV-543-P

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 1 2024
CLERK, U.S. DISTRICT COURT
By _____ Deputy
```

United States District Court

United States of America

v

Ringo Recto Labrador

Case: 3934715

## Motion

Now here comes, Ringo Labrador, pro se, respectfully requesting this Honorable Court to Compel the transfer of the Defendant to a location in Texas. The BOP is consistently violating his 14th Admendment by being denied adequate medical treatment, (see Davis v Thames et al.) The violation of the Defendants 8th Admendment is also at play as BOP staff has took his eye glasses as well as his dentures making it complicated to see and eat. On May 8, 2024 the Defendant was having a medical emergency and BOP staff failed to seek proper medical treatment but instead issued disciplinary action, segregation, and sanctions. It is a proven diagnosis the Defendant suffers from diabetes, Hypertension, and abnormal liver function and is not being medicated properly. This facility, Allenwood Low, is not only committing Medical malpractice, but also denies him the proper Administrative Remedy forms and retaliating against those who do excercise this right which is protected Under Title VII and 42 USC §2000e. Defendant requests this court to uphold ethical and therapuetic jurisprudence and GRANT this motion.

Respectfully,
Ringo Labrador   6-2-24

United States District Court

United States of America
v
Ringo Recto Labrador

Case: 3934715

## Motion

Now here comes, Ringo Labrador, pro se, respectfully requesting this Honorable Court to offer Judicial Intervention against Allenwood Low. This BOP facility is denying the Defendant the ability to exercise his right to file Administrative Remedies by not issueing the forms. This is a protected right of prisoners to be able to be protected against unlawful acts by staff. (Jones v. Bock and Dillon v Rogers). See also Hall v Bell. Defendant requests this Court to GRANT this motion and issue an order to the Allenwood LSCI to stop denying inmates these forms.

Respectfully

Ringo Labrador 6-2-24

# United States District Court

United States of America

v

Ringo Recto Labrador

Case: 3934715

## Motion

Now here comes, Ringo Labrador, pro se, respectfully requesting this Honorable Court to issue a NO CONTACT order and a Gag order against Lt. A. Frye of Allenwood LSCI. Lt. Frye is consistently saying inflammatory remarks about him as well as harassing him daily. Lt. Frye has abused his position and is causing a Hostile environment. Defendant requests the Court GRANT this motion.

Respectfully

Ringo Labrador 6-2-24




INMATE NAME/NUMBER: Pongo Labrador 5536177
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD LSCI
P.O. BOX 1000
WHITE DEER, PA 17887

HARRISBURG PA 171
3 JUN 2024 PM 2 L

US District Court
501 West Tenth St
Ft Worth TX 76102-3673

JUN 11 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS